[No. 9853–2–III.    Division Three.    June 18, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN CORRAL, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 88–1–00177–5, Charles W. Cone, J., entered January 24, 1989. *Remanded* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.

[No. 9909–1–III.    Division Three.    June 18, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. TOMMY GENE GREEN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 88–1–01217–3, Thomas E. Merryman, J., entered March 31, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson and Shields, JJ.

[No. 9844–3–III.    Division Three.    June 18, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JUAN CARLOS HERNANDEZ, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 88–8–00996–2, Robert Royal, J. Pro Tem., entered February 10, 1989. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Munson, C.J., concurred in by Thompson and Green, JJ.